**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HENRY KARCSH** and **JULIANN KARCSH,**   Plaintiffs. | :<br>:<br>:<br>: |
| v. | :   CIV. NO. 10-4965 |
| **BOARD OF DIRECTORS VENTURA COUNTRY CLUB COMMUNITY HOMEOWNERS ASSOCIATION,**   Defendant. | :<br>:<br>:<br>:<br>: |

**Diamond J.**                                                                                                         **May 4, 2011**

## ORDER

**AND NOW**, this 4th day of May, 2011, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Complaint for Lack of Jurisdiction and for Improper Venue *(Doc. No. 6)* and related filings *(Doc. Nos. 8, 9, & 11)*, it is hereby **ORDERED** as follows:

1)  This action is **TRANSFERRED** to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a);

2)  Defendant's Motion to Dismiss *(Doc. No. 6)* is **DENIED as moot**; and

3)  The Clerk of Court shall close this case for statistical purposes.

                                                                              **IT IS SO ORDERED.**

                                                                              */s/ Paul S. Diamond*

                                                                              _____
                                                                              **Paul S. Diamond, J**.